**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Curtis A. ADDISON, Defendant—Appellant.**

**No. 99–17606.**

**D.C. Nos. CV–97–01466–VRW CR–93–00098–VRW.**

United States Court of Appeals, Ninth Circuit.

Submitted March 14, 2001 *.

Decided March 19, 2001.

Before REINHARDT, RYMER, and FISHER, Circuit Judges.

ORDER **

This appeal is dismissed without prejudice in light of *United States v. Martin*, 226 F.3d 1042 (9th Cir.2000), and remanded to the district court.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.